# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-995-S |
| | § | |
| $31,480 IN U.S. CURRENCY | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 13. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Plaintiff United States of America's Motion for Default Judgment and Final Judgment of Forfeiture [ECF No. 11].

**SO ORDERED.**

SIGNED October 25, 2022.

_____
**UNITED STATES DISTRICT JUDGE**